# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| **SEAN AUGUST MUELLER**, PRO SE | § | Case No.: **4:25-cv-2377** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **PLAINTIFF'S SUPPLEMENTAL** |
| | § | **AFFIDAVIT IN SUPPORT OF** |
| **HARRIS COUNTY HOUSING** | § | **DAMAGES** |
| **AUTHORITY** (HEREINAFTER **"HCHA"**), | § | |
| AND **DEBRA MCCRAY**, DIRECTOR, | § | |
| HOUSING CHOICE VOUCHER PROGRAM, | § | |
| | § | |
| **Defendant.** | § | |

United States Courts
Southern District of Texas
F I L E D

JUL 2 4 2025

Nathan Ochsner, Clerk of Court

## AFFIDAVIT OF SEAN AUGUST MUELLER

**BEFORE ME,** the undersigned authority, on this day personally appeared SEAN

AUGUST MUELLER, who, being by me duly sworn, deposed and stated:

I am the Plaintiff in the above-entitled and numbered cause. I am over eighteen

(18) years of age, of sound mind, and capable of making this affidavit. The facts stated

herein are within my personal knowledge and are true and correct.

## PURPOSE OF THIS AFFIDAVIT

This affidavit is submitted to provide the Court with **additional, recent factual developments that further support Plaintiff's claims for damages and demonstrate the willful nature of Defendants' default in this action.**

As the Court's docket reflects, Defendants Harris County Housing Authority ("HCHA") and Debra McCray were properly served with the Summons and Plaintiff's Original Complaint on **June 18, 2025**. Their deadline to appear, plead, or otherwise defend was **July 9, 2025**. Defendants failed to meet this deadline and remain in default. Plaintiff formally filed a Motion for Entry of Default on **July 11, 2025**, and a Motion for Default Judgment on **July 10, 2025**.

## EVIDENCE OF HCHA'S UNRESPONSIVENESS

## 1. Unresponsiveness to U.S. Senator Cornyn's Office

On **May 27, 2025**, I contacted the Office of U.S. Senator John Cornyn, formally submitting a letter detailing HCHA's failures to house veterans through the HUD-VASH program and their denial of my reasonable accommodation request. A true and correct

copy of the initial email to Ms. Yezbick (Senator Cornyn's office) and the attached letter is incorporated into **Exhibit Aff-1** attached hereto.

On **July 11, 2025**, the Office of U.S. Senator John Cornyn responded via email, stating, **"There has been a delay by the agency in responding to Senator Cornyn's inquiry on your behalf."** This explicitly confirms HCHA's unresponsiveness extended to inquiries from a U.S. Senator's office prior to their default in this lawsuit. A true and correct copy of this email is incorporated into **Exhibit Aff-1** attached hereto.

Later on **July 11, 2025**, shortly after Defendants' deadline to respond had passed, I personally informed Ms. Yezbick of the Office of U.S. Senator John Cornyn of HCHA's and Debra McCray's default in this federal lawsuit. This email, confirming HCHA's failure to meet their **July 9, 2025**, deadline to respond, is also incorporated into **Exhibit Aff-1** attached hereto.

## 2. Unresponsiveness to U.S. Department of Veterans Affairs (VA)

Despite being directly informed of the federal lawsuit and their default status by my communication to Senator Cornyn's office, and despite the VA being the primary federal agency that directly funds the HUD-VASH program administered by HCHA, Defendant Debra McCray and HCHA have continued their pattern of non-responsiveness.

Last week (the week of **July 14, 2025**), a VA coordinator, attempting to address issues related to this lawsuit, sent an email to Defendant Debra McCray requesting a meeting to discuss the lawsuit. To date, Defendant McCray has not responded to this email.

---

## CONCLUSION ON WILLFULNESS AND INSTITUTIONAL INDIFFERENCE

This continued failure to respond—not only to a federal court summons but also to direct inquiries from a U.S. Senator's office and from the VA (their funding partner for the HUD-VASH program)—unequivocally demonstrates a **willful and ongoing disregard for their legal and public responsibilities.**

It is not an isolated incident of excusable neglect but a **clear pattern of institutional indifference.** This further supports Plaintiff's assertion that Defendants' default was willful, or the result of gross negligence tantamount to willfulness, and underscores the severity of the systemic issues within HCHA that necessitate **significant damages, including punitive damages, and comprehensive injunctive relief.**

**Further affiant sayeth not.**

Signed this 24th day of July, 2025.

SEAN AUGUST MUELLER, pro se

---

**NOTARIZATION SECTION**

**SWORN TO AND SUBSCRIBED** before me on this the 24th day of July, 2025.

NOTARY PUBLIC, State of Texas (Print Name: _Rachel Ath_ )

My Commission Expires: _11/18/28_



RACHEL ATH
129496302
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOVEMBER 18, 2028

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2025, I have served a copy of the foregoing

Plaintiff's Supplemental Affidavit in Support of Damages on Defendants Harris County

Housing Authority and Debra McCray via U.S. Mail. Plaintiff further certifies that, as of

the filing date of this Affidavit, Defendants' counsel has not yet formally appeared in this

case, as confirmed by a review of the court's docket. Plaintiff will email a courtesy copy

of this Affidavit to Defendants' counsel immediately upon their formal appearance.

SEAN AUGUST MUELLER, pro se

**EXHIBIT AFF-1: EMAIL EXCHANGE WITH U.S. SENATOR JOHN CORNYN'S OFFICE**

**(Start of Exhibit Aff-1 content - Full text of emails provided in source documents)**

**Email from Sean Mueller to Senator Cornyn's Office (May 27, 2025)**

**Subject:** Urgent: Veteran Homelessness, HCHA Failures, & Federal Funding Oversight in Texas (Constituent Sean A. Mueller)

**From:** Sean Mueller seanmueller165@gmail.com

**To:** natalie_yezbick@cornyn.senate.gov

**Date Sent:** Tuesday, May 27, 2025 10:40:51 AM GMT-05:00

**Date Received:** Tuesday, May 27, 2025 10:40:51 AM GMT-05:00

**Attachments:** Letter to US Senator Cornyn.pdf

Dear Ms. Yezbick:

My name is Sean August Mueller, and I am a highly-decorated, disabled, and homeless Veteran and a constituent residing in Texas.

I am writing to bring to your immediate attention a critical issue concerning the Harris

County Housing Authority (HCHA) and how its administration of federal housing programs appears to be actively hindering efforts to house Veterans like me across our state.

I'm facing significant barriers with the HCHA in securing stable housing through the HUD-VASH program.

HCHA's actions appear to demonstrate a significant lack of adherence to HUD regulations and federal housing laws, directly resulting in barriers to my ability to secure stable housing. Their actions not only impede HUD's ability to fulfill its mandate to provide effective housing assistance but also raise serious concerns regarding the integrity and responsible use of federal housing initiatives designed for those in greatest need, including homeless Veterans.

This systemic failure challenges the success of crucial federal programs like HUD-VASH and calls into question fiscal responsibility in the administration of public funds intended for our most vulnerable residents across Texas. This aligns directly with Senator Cornyn's consistent emphasis on fiscal responsibility and effective use of taxpayer dollars.

I have attached a formal letter providing a detailed account of my complaints against HCHA and their problematic administration of the HUD-VASH program.

Thank you for your time and consideration of this urgent matter.

Please don't hesitate to contact me if you have any questions.

Best regards,

Sean August Mueller

Captain, USMC

Honorable Discharge

832-726-4929

seanmueller165@gmail.com

(Content of "Letter to US Senator Cornyn.pdf" - May 27, 2025 - This letter was attached to the email and its content is provided separately in the source document. It would be inserted here fully in the actual filing.)

**Email from Office, Dallas (Cornyn) to Sean Mueller (July 11, 2025, 9:09 AM)**

**Subject:** From the Office of Senator John Cornyn

**From:** "Office, Dallas (Cornyn)"

**To:** ""seanmueller165@gmail.com'" seanmueller165@gmail.com

**Date Sent:** Friday, July 11, 2025 9:09:00 AM GMT-05:00

**Date Received:** Friday, July 11, 2025 9:09:01 AM GMT-05:00

Greetings,

There has been a delay by the agency in responding to Senator Cornyn's inquiry on your

behalf. As soon as the response is received it will be forwarded to you.

Respectfully,

Office of U.S. Senator John Cornyn

5001 Spring Valley Road, Suite 1125E

Dallas, Texas 75244

Telephone: (972) 239-1310

***This e-mail address is for official Senate business only. Please refrain from sending

politically-themed information to this address***

This e-mail (including any attachments) is intended solely for the use of the addressee(s)

and may contain information that is sensitive or otherwise protected by applicable law. If

you are not the intended recipient, your disclosure, copying, distribution or other use of

(or reliance upon) the information contained in this email is strictly prohibited. If you are

not the intended recipient, please notify the sender and delete or destroy all copies.

**Email from Sean Mueller to Office, Dallas (Cornyn) (July 11, 2025, 1:51 PM)**

**Subject:** Re: From the Office of Senator John Cornyn

**From:** Sean Mueller seanmueller165@gmail.com

**To:** "Office, Dallas (Cornyn)"

**Date Sent:** Friday, July 11, 2025 1:51:42 PM GMT-05:00

**Date Received:** Friday, July 11, 2025 1:51:42 PM GMT-05:00

Thank you for the update regarding Senator Cornyn's inquiry on my behalf. I appreciate your continued efforts.

In light of the agency's continued delay, I wanted to inform your office that the Harris County Housing Authority (HCHA) and Debra McCray are now officially in default in my federal lawsuit against them. The case number is 4:25-cv-02377 in the U.S. District Court for the Southern District of Texas (Houston Division). Their deadline to respond to the complaint was July 9, 2025, which they failed to meet. I have subsequently filed for entry of default and motion for default judgment.

This legal development further illustrates the systemic non-compliance and unresponsiveness that I have been attempting to bring to light.

Thank you again for your assistance.

Sincerely,

Sean Mueller

**Email from Sean Mueller to Office, Dallas (Cornyn) (July 11, 2025, 1:57 PM - "Just one more point")**

**Subject:** Re: From the Office of Senator John Cornyn

**From:** Sean Mueller seanmueller165@gmail.com

**To:** "Office, Dallas (Cornyn)"

**Date Sent:** Friday, July 11, 2025 1:57:45 PM GMT-05:00

**Date Received:** Friday, July 11, 2025 1:57:45 PM GMT-05:00

Just one more point: The fact that they are now defaulting on a federal lawsuit, while simultaneously delaying a response to a Senator's inquiry about their compliance, creates a very consistent and damning picture of an entity that disregards its legal and public responsibilities.

-S

**(End of Exhibit Aff-1 content, source documents follow)**

**Subject**: Re: From the Office of Senator John Cornyn
**From**: Sean Mueller <seanmueller165@gmail.com>
**To**: "Office, Dallas (Cornyn)" <Dallas_Office@cornyn.senate.gov>
**Date Sent**: Friday, July 11, 2025 1:57:45 PM GMT-05:00
**Date Received**: Friday, July 11, 2025 1:57:45 PM GMT-05:00

---

Just one more point:  The fact that they are now defaulting on a federal lawsuit, while simultaneously delaying a response to a Senator's inquiry about their compliance, creates a very consistent and damning picture of an entity that disregards its legal and public responsibilities.

-S

On Fri, Jul 11, 2025 at 1:51 PM Sean Mueller <seanmueller165@gmail.com> wrote:

Thank you for the update regarding Senator Cornyn's inquiry on my behalf. I appreciate your continued efforts.

In light of the agency's continued delay, I wanted to inform your office that the Harris County Housing Authority (HCHA) and Debra McCray are now officially **in default** in my federal lawsuit against them.

The case number is **4:25-cv-02377** in the U.S. District Court for the Southern District of Texas (Houston Division). Their deadline to respond to the complaint was July 9, 2025, which they failed to meet. I have subsequently filed for entry of default and motion for default judgment.

This legal development further illustrates the systemic non-compliance and unresponsiveness that I have been attempting to bring to light.

Thank you again for your assistance.

Sincerely,

Sean Mueller

On Fri, Jul 11, 2025 at 9:09 AM Office, Dallas (Cornyn) <Dallas_Office@cornyn.senate.gov> wrote:
Greetings,

There has been a delay by the agency in responding to Senator Cornyn's inquiry on your behalf. As soon as the response is received it will be forwarded to you.

Respectfully,

Office of U.S. Senator John Cornyn
5001 Spring Valley Road, Suite 1125E
Dallas, Texas 75244
Telephone: (972) 239-1310

***This e-mail address is for official Senate business only. Please refrain from sending politically-themed information to this address***

This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, your

disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

**Subject**: Re: From the Office of Senator John Cornyn
**From**: Sean Mueller <seanmueller165@gmail.com>
**To**: "Office, Dallas (Cornyn)" <Dallas_Office@cornyn.senate.gov>
**Date Sent**: Friday, July 11, 2025 1:51:42 PM GMT-05:00
**Date Received**: Friday, July 11, 2025 1:51:42 PM GMT-05:00

---

Thank you for the update regarding Senator Cornyn's inquiry on my behalf. I appreciate your continued efforts.

In light of the agency's continued delay, I wanted to inform your office that the Harris County Housing Authority (HCHA) and Debra McCray are now officially **in default** in my federal lawsuit against them.

The case number is **4:25-cv-02377** in the U.S. District Court for the Southern District of Texas (Houston Division). Their deadline to respond to the complaint was July 9, 2025, which they failed to meet. I have subsequently filed for entry of default and motion for default judgment.

This legal development further illustrates the systemic non-compliance and unresponsiveness that I have been attempting to bring to light.

Thank you again for your assistance.

Sincerely,

Sean Mueller


On Fri, Jul 11, 2025 at 9:09 AM Office, Dallas (Cornyn) <Dallas_Office@cornyn.senate.gov> wrote:
Greetings,

There has been a delay by the agency in responding to Senator Cornyn's inquiry on your behalf. As soon as the response is received it will be forwarded to you.

Respectfully,

Office of U.S. Senator John Cornyn
5001 Spring Valley Road, Suite 1125E
Dallas, Texas 75244
Telephone: (972) 239-1310

***This e-mail address is for official Senate business only. Please refrain from sending politically-themed information to this address***

This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

**Subject**: From the Office of Senator John Cornyn
**From**: "Office, Dallas (Cornyn)" <Dallas_Office@cornyn.senate.gov>
**To**: "'seanmueller165@gmail.com'" <seanmueller165@gmail.com>
**Date Sent**: Friday, July 11, 2025 9:09:00 AM GMT-05:00
**Date Received**: Friday, July 11, 2025 9:09:01 AM GMT-05:00

Greetings,

There has been a delay by the agency in responding to Senator Cornyn's inquiry on your behalf. As soon as the response is received it will be forwarded to you.

Respectfully,

Office of U.S. Senator John Cornyn
5001 Spring Valley Road, Suite 1125E
Dallas, Texas 75244
Telephone: (972) 239-1310

***This e-mail address is for official Senate business only. Please refrain from sending politically-themed information to this address***

This e-mail (including any attachments) is intended solely for the use of the addressee(s) and may contain information that is sensitive or otherwise protected by applicable law. If you are not the intended recipient, your disclosure, copying, distribution or other use of (or reliance upon) the information contained in this email is strictly prohibited. If you are not the intended recipient, please notify the sender and delete or destroy all copies.

**Subject**: Urgent: Veteran Homelessness, HCHA Failures, & Federal Funding Oversight in Texas
(Constituent Sean A. Mueller)
**From**: Sean Mueller <seanmueller165@gmail.com>
**To**: natalie_yezbick@cornyn.senate.gov
**Date Sent**: Tuesday, May 27, 2025 10:40:51 AM GMT-05:00
**Date Received**: Tuesday, May 27, 2025 10:40:51 AM GMT-05:00
**Attachments**: Letter to US Senator Cornyn.pdf

---

Dear Ms.Yezbick:

My name is Sean August Mueller, and I am a **highly-decorated, disabled, and homeless Veteran** and a
constituent residing in Texas. I am writing to bring to your immediate attention a critical issue concerning the
**Harris County Housing Authority (HCHA)** and how its administration of federal housing programs appears to
be actively hindering efforts to house Veterans like me across our state. I'm facing significant barriers with the
HCHA in securing stable housing through the HUD-VASH program.

HCHA's actions appear to demonstrate a significant lack of adherence to HUD regulations and federal housing
laws, directly resulting in barriers to my ability to secure stable housing. Their actions not only impede HUD's
ability to fulfill its mandate to provide effective housing assistance but also raise **serious concerns regarding
the integrity and responsible use of federal housing initiatives** designed for those in greatest need, including
homeless Veterans.

This systemic failure challenges the success of crucial federal programs like HUD-VASH and calls into question
fiscal responsibility in the administration of public funds intended for our most vulnerable residents across
Texas. **This aligns directly with Senator Cornyn's consistent emphasis on fiscal responsibility and effective
use of taxpayer dollars.**

I have attached a formal letter providing a detailed account of my complaints against HCHA and their
problematic administration of the HUD-VASH program. Thank you for your time and consideration of this
urgent matter. Please don't hesitate to contact me if you have any questions.

Best regards,

Sean August Mueller
Captain, USMC
Honorable Discharge
(832) 726-4929
seanmueller165@gmail.com

**Sean August Mueller**

| Physical Address: | Mailing Address: |
|---|---|
| Salvation Army | c/o Lord of the Streets |
| 1717 Congress Street | 3401 Fannin Street |
| Houston, TX  77002 | Houston, TX  77004 |
| (832) 726-4929 | |
| seanmueller165@gmail.com | |

May 27, 2025

The Honorable **John Cornyn**
U.S. Senate
517 Hart Senate Office Building
Washington, DC  20510

Dear Senator **Cornyn,**

I'm writing to you today as **Sean August Mueller**, a **highly-decorated, disabled,** and **homeless Veteran** and a constituent residing in Texas.  I deeply appreciate your leadership and commitment to addressing critical federal issues, especially your advocacy for our Veterans across the state.  I feel compelled to bring to your attention a critical issue concerning the **Harris County Housing Authority** (**HCHA**) and how its administration of federal housing programs appears to be actively hindering efforts to house Veterans like me.

I'm facing significant barriers with **HCHA** in securing stable housing through the **HUD-VASH** program. This program, a vital partnership between the U.S. Departments of **Housing and Urban Development** (**HUD**) and **Veterans Affairs** (**VA**), is specifically designed to provide permanent housing for homeless Veterans.  However, **HCHA** denied my request for a reasonable accommodation even after I already secured a housing voucher through **HUD-VASH**, which was essential for me to find a suitable home within Texas.  This denial, based on an irrelevant policy, is made worse by **HCHA's** consistently low payment standards for housing vouchers throughout the county.  These standards are often far below what's needed to secure an apartment in areas like the 77027 zip code, where I've found suitable housing. This effectively prevents me from using my voucher and ending my homelessness. These challenges are precisely why I have found it necessary to pursue a **civil action** against **HCHA** and its Director, **Debra McCray**.

These actions by **HCHA**—including denying reasonable accommodation, applying inconsistent payment standards, and appearing to not follow federal regulations—directly contribute to my continued homelessness and the ongoing challenge of Veteran homelessness across our state and nation.  When a public housing authority, which receives substantial federal funding, creates obstacles to housing, it undermines the collective efforts of the U.S. Congress, federal agencies, and non-profits to end homelessness for those who have served our nation.  **This systemic failure not only harms individual Veterans, a vital constituent group across Texas, but also raises serious concerns about the effective and accountable use of federal resources allocated to our state for housing assistance, aligning with your consistent calls for fiscal responsibility and rigorous government oversight.**

Senator **Cornyn,** your leadership in ensuring the proper administration of federal programs and supporting our Veterans is vital. I respectfully urge your office to **investigate these serious allegations against HCHA,** particularly how their policies impact housing accessibility for Veterans and the integrity of federal housing programs. Your influence is crucial in ensuring **HCHA** operates with full transparency, follows federal guidelines, and genuinely helps our Veterans find housing instead of impeding them. I ask that you use your authority to advocate for greater accountability and compliance from **HCHA,** ensuring programs like **HUD-VASH** effectively serve their intended beneficiaries in Texas.

Thank you for your dedication to Texas and its Veterans. I believe that by addressing these systemic issues within **HCHA's** administration of housing, we can make significant strides toward ensuring every Veteran in Texas has a place to call home.

Sincerely,

**Sean August Mueller**
**Captain, U.S. Marine Corps**
**Honorable Discharge**